IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

TRAVIS RODRIGUES,

        Plaintiff,

v.

JACKSON COUNTY, et al.,

        Defendants.

No. 1:13-cv-1589-CL

ORDER

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation (R&R), and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, this court reviews legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (8th Cir. 1983). I agree with the R&R that plaintiff's claims against Jackson County should be dismissed without prejudice for failure to state a claim.

1 - ORDER

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#13) is adopted. Defendants' motion to dismiss (#8) is granted without prejudice.

IT IS SO ORDERED.

DATED this **12** day of February, 2014.

*[signature]*

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER