IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

TRAVIS RODRIGUES,

        Plaintiff,

No. 1:13-cv-1589-CL

v.

JACKSON COUNTY, et al.,

        Defendants.

**ORDER**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation (R&R), and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, this court reviews legal principles *de novo*. See Shiny Rock Mining Corp. v. United States, 825 F.2d 216, 218 & n.1 (9th Cir. 1987). I agree with the R&R that Plaintiff's motion for summary judgment should be denied and Defendants' motion for summary judgment should be granted in part.

1 - ORDER

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#74) is adopted. Defendants' motion for summary judgment (#36, #69) is granted as to Plaintiff's claim for negligence and denied as to Plaintiff's claims for excessive force and battery. Plaintiff's motion for summary judgment (#40) is denied.

IT IS SO ORDERED.

DATED this __29__ day of January, 2015.

*[signature]*

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER